IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MCNULTY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-5363 |
| | : | |
| AUCHTER INDUSTRIAL SERVICE, INC., ET AL. | : | |

ORDER

AND NOW, this 17th day of November, 2015, upon consideration of plaintiff George McNulty's motion to remand to state court (docket entry #10 in No. 15-5363, docket entry #17 in No. 15-5391, docket entry #16 in No. 15-5392) and defendants' response in opposition thereto, and for the reasons outlined in the accompanying memorandum, it is hereby ORDERED that:

    1.    Plaintiff's motion to remand is DENIED;

    2.    Plaintiff's claims against defendants United States Steel Corporation, USX Corporation, and USS Real Estate are DISMISSED WITH PREJUDICE;

    3.    As there is no just reason to delay the entry of judgment, and pursuant to Fed. R. Civ. P. 54(b), defendants United States Steel Corporation, USX Corporation, and USS Real Estate are DISMISSED from this case and the Clerk of Court shall MARK these defendants as TERMINATED; and

    4.    In accordance with Chief Judge Tucker's Order of October 28, 2015 consolidating these cases under Civil Action No. 15-5363, the Clerk of Court shall CLOSE Civil

Action No. 15-5391 and Civil Action No. 15-5392 and file all related papers under C.A. No. 15-5363.

BY THE COURT:

　_/S/ STEWART DALZELL, J.